# CRIMINAL COVERSHEET

## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✔   USAO No.:_____   Case No.: MJ-25-96-CMS_____ __ _____

Charging Document: **Complaint**_____   No. of Defendants: __1_   Total No. of Counts:__1__   Sealed: Y ☐

Forfeiture: Y ☐      OCDETF: Y ☐      McGirt: Y ☐      Warrant ✔   Summons ☐   Notice ☐      N ✔

N ✔              N ✔              N ✔      Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**                                             By: **NA**_____

| Name: **Isaac Giovanni Romero-Betran** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1992    SSN: | Race: Hispanic    Interpreter: Y ✔    N ☐ |
| Sex:   M ✔    F ☐    Juvenile:  Y ☐    N ✔ | Language/Dialect: Spanish |

**DEFENDANT STATUS/RECOMMENDATION:**          **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| | |
|---|---|
| ☐ Not in Custody       ✔ Detention Requested | Complaint:      Y ☐      N ✔ |
| ☐ Type of Bond:_____ | Magistrate Judge Case No.: MJ- |
| ✔ In Custody at: Prairieland Detention Center_____ | |
| Inmate/Prisoner/Register No.:_____ | Previously Detained:   Y ☐    N ✔ |

**ATTORNEY/AGENCY INFORMATION:**

| | | |
|---|---|---|
| ☐ Public Defender | Name: _____ | AUSA: __Jordan Ganz_____ |
| ☐ CJA Panel | Address: _____ | Agent /Agency: __ICE_____ |
| ☐ Retained | _____ | |
| | Phone: _____ | Local Officer/Agency:_____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 8 U.S.C. § 1326(a) | Reentry of Removed Alien | NMT 20 years imprisonment, $250,000 fine, o/b; 3 years SR; $100 SA |

**Signature of AUSA:** s/Jordan Ganz_____          **Date:** 02/07/2025_____